GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the LEXINGTON SURETY AND INDEMNITY COMPANY, Respondent, v. PENINSULA NATIONAL BANK, Appellant.—Action to recover trust funds deposited in a collateral account with defendant bank by the Lexington Surety and Indemnity Company. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC MONHEIT and ABRAHAM TISSENBAUM, Appellants.— Judgment convicting defendants of the crime of grand larceny in the first degree unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SOPHIE SILBERSCHEIN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.—Action to recover additional accident indemnity of $10,000 on a policy of life insurance issued by defendant on the life of Benjamin Silberschein, husband of the plaintiff, upon which defendant has already paid the face amount of $10,000. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ERNEST DeLUCIA, Respondent, v. MATHILDA GUTSCHER, Appellant.— Order denying defendant's motion for judgment on the pleadings dismissing the complaint for insufficiency, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH M. BERK, Respondent, v. DUNLEVY MILBANK, Appellant, Impleaded with Others.—Action for an accounting, for an injunction restraining defendants from selling a ground rent lease and land, and for other relief. Order granting plaintiff's motion to strike out the first, second, third and fourth separate and distinct defenses in the amended answer of defendant, Dunlevy Milbank, for insufficiency, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GLOBE INDEMNITY COMPANY, Respondent, v. EBLING BREWING COMPANY, INC., and Another, Appellants.—Action to recover the amount of premiums earned on three policies of insurance issued by the plaintiff for the defendants. Plaintiff's motion for summary judgment was granted and the matter referred to an official referee to assess the damages. Judgment entered on referee's report unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BELA DARWIN EISLER, Appellant, v. NEW YORK COTTON EXCHANGE, Respondent.—Action for services rendered by plaintiff, an attorney, in securing tax reductions on the property of defendant located at 60 Beaver street, New York city, and known as the New York Cotton Exchange Building. Judgment in so far as it fails to award plaintiff all the relief demanded in the second cause of action set forth in the complaint, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MAX HERSKOWITZ, Appellant, v. OSCAR L. RICHARD and Others, Respondents.—Action to recover damages for the wrongful sale of securities which plaintiff's assignor carried in an account with the defendants. Determination of the Appellate Term unanimously reversed and the judgment of the City Court affirmed, with costs to the plaintiff in this court and in the Appellate Term. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.